**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:12-CR-166-KJD-(PAL) |
| ) | |
| DAO DUC DINH, ) | |
| ) | |
| Defendant. ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on May 20, 2013, defendant DAO DUC DINH pled guilty to Count One of a Four-Count Criminal Indictment charging him with Conspiracy to Distribute Controlled Substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846. Criminal Indictment, ECF No. 7; Change of Plea Minutes, ECF No. 42; Plea Agreement, ECF No. 43.

This Court finds defendant DAO DUC DINH agreed to the forfeiture of the property set forth in the Forfeiture Allegations of the Criminal Indictment and the Plea Agreement. Criminal Indictment, ECF No. 7; Change of Plea Minutes, ECF No. 42; Plea Agreement, ECF No. 43.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment, the Plea Agreement, and the offenses to which defendant DAO DUC DINH pled guilty. Criminal Indictment, ECF No. 7; Change of Plea Minutes, ECF No. 42; Plea Agreement, ECF No. 43.

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1) and (2); and Title 21, United States Code, Section 853(p):

1. $13,500.00 in United States Currency; and

2. an *in personam* criminal forfeiture money judgment of $6,140.00 in United States Currency ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of DAO DUC DINH in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

. . .

. . .

. . .

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __5th__ day of __June__, 2013.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Michelle C. Lewis, Paralegal Specialist, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on June 4, 2013, by the below identified method of service:

CM/ECF:

William C. Carrico
Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, NV 89101
Email: william_carrico@fd.org
*Attorney for Dao Duc Dinh*

Craig W. Drummond
Craig W. Drummond, P.C.
228 S. Fourth Street, First Floor
Las Vegas, NV 89101
Email: craig@drummondfirm.com
*Attorney for David Kim*

/s/Michelle C. Lewis
Michelle C. Lewis
Paralegal Specialist

4