Form 12 - Travel
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Dao Duc Dinh**

Case Number:  **2:12CR00166**

Name of Sentencing Judicial Officer: **Honorable Kent J. Dawson**

Date of Original Sentence: **August 21, 2013**

Original Offense: **Conspiracy to Distribute Controlled Substances**

Original Sentence: **108 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **April 19, 2019**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

## SUMMARY

On August 21, 2013, Dao Dinh was sentenced to 108 months' imprisonment followed by 5 years' supervised release for the offense of Conspiracy to Distribute Controlled Substances. Dinh commenced supervised release in the Central District of California on April 19, 2021.

Dinh has requested permission to travel Cabo San Lucas, Mexico, from August 27, 2021, to August 30, 2021. The purpose of this travel is to attend a friend's wedding. If approved, Dinh will be leaving on August 27, 2021 for Mexico, and returning to California on August 30, 2021.

Dinh is currently being supervised on an administrative low-risk caseload and remains employed full-time. He is currently compliant with his conditions of supervision and has no outstanding financial obligations. The Probation Office respectfully requests that he be permitted to travel to the Mexico on the aforementioned dates. He is aware that if the court does not authorize his travel, he must remain in the United States until he satisfactorily completes his term of supervision.

In addition, the Probation Office in the Central District of California is requesting permission to have discretion to approve or disapprove any future international travel requests without having to approach the court. If the court has any objections to this request, please indicate below.

RE: Dao Dinh

Form 12 - Travel
D/NV Form
Rev. June 2014

Respectfully submitted,

*Gabriella Mitchell*

Digitally signed by Gabriella Mitchell
Date: 2021.08.18 15:02:09 -07'00'

Gabriella Mitchell
United States Probation Officer Assistant

Approved:

Digitally signed by Todd Fredlund
Date: 2021.08.18 14:58:44 -07'00'

Todd Fredlund
Supervisory United States Probation Officer

## THE COURT ORDERS

[X]   Requested Travel is Approved, and discretion to approve future requests for international travel is granted to the U.S. Probation Office

[ ]   Requested Travel is Approved, but all future requests for international travel must be submitted to the court for review and approval.

[ ]   Requested Travel is Denied

[ ]   Other

_____
Signature of Judicial Officer

 8/18/2021
Date